# UNITED STATES DISTRICT COURT
### for the·
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   20-mj-1082 |
| Shelby Ligons | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 30, 2020_____ in the county of _____Davidson_____ in the _____Middle_____ District of _____Tennessee_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Malicious Destruction of Property Using Fire and Explosives |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Potts, Special Agent, FBI
*Printed name and title*

Sworn to me remotely by telephone, in compliance with
Fed. R. Crim. P. 4.1.

Date:  _____08/03/2020_____

_____
*Judge's signature*

City and state:  _____Nashville, Tennessee_____

Barbara D. Holmes, U.S. Magistrate Judge
*Printed name and title*