IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. | 20-mj-1082 |
| v. | ) | | |
| | ) | Magistrate Judge Holmes | |
| SHELBY LIGONS | ) | | |

MOTION FOR DETENTION

Pursuant to Title 18, United States Code, Section 3142, the Government moves to have the defendant detained pending proceedings in this matter on the basis that she may flee, as a result of the potential criminal penalties she faces in this case, and that she will endanger the safety of the community, given the nature and circumstances of the offense charged and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release. The Government moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

s/ *Ben Schrader*
BEN SCHRADER
Assistant United States Attorney